SOUTHERN COMMERCIAL
WATERPROOFING,
INC., Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Appellee.

No. 02–1143.

United States Court of Appeals,
Federal Circuit.

Dec. 9, 2002.

Before MAYER, Chief Judge,
MICHEL, and CLEVENGER, Circuit
Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

David MOSCATELLO, individually and
doing business as Step–Edge, Inc.,
Plaintiff–Cross Appellant,

v.

NATIONAL METAL SHAPES, INC.,
Defendant–Appellant.

Nos. 02–1200, 02–1234, 02–1327.

United States Court of Appeals,
Federal Circuit.

Dec. 9, 2002.

Before MAYER, Chief Judge,
FRIEDMAN, Senior Circuit Judge, and
RADER, Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.